# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>   Plaintiff,<br><br>   v.<br><br>J. MOON, et al.,<br><br>   Defendants.<br>_____/ | CASE NO. 1:12-cv-02034-LJO-BAM PC<br><br>ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT<br>(ECF No. 5)<br><br>ORDER DIRECTING CLERK OF COURT TO FILE LODGED AMENDED COMPLAINT<br>(ECF No. 12) |

Plaintiff Matthew James Griffin ("Griffin") is a state prisoner proceeding pro se in this civil rights action. Plaintiff originally filed his complaint on October 19, 2012, in the Kings County Superior Court. (ECF No. 2-1.) Defendants J. Wang, C. McCabe and J. Moon removed the action to this court on December 14, 2012. (ECF No. 2.) On January 23, 2013, Plaintiff filed a motion to supplement his complaint pursuant to Federal Rule of Civil Procedure 15. (ECF No. 5.) On February 25, 2013, Plaintiff lodged his proposed supplemental complaint. (ECF No. 12.)

The court construes Plaintiff's motion as a request to amend his original complaint. At this stage of the action, the court has not screened Plaintiff's original complaint pursuant to 28 U.S.C. § 1915A and Defendants have not filed a responsive pleading or a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure. Accordingly, Plaintiff has the right to amend his complaint once as a matter of course without leave of court. Fed. R. Civ. P. 15(a).

Based on the foregoing, it is HEREBY ORDERED as follows:

1.   Plaintiff's motion to amend his complaint is GRANTED; and

2. The Clerk of the Court is DIRECTED to file the amended complaint, lodged February 25, 2013, into the record.

IT IS SO ORDERED.

Dated: **March 8, 2013**          /s/ **Barbara A. McAuliffe**
                             UNITED STATES MAGISTRATE JUDGE