**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>              Plaintiff,<br><br>     v.<br><br>J. MOON, et al.,<br><br>              Defendants. | Case No.: 1:12-cv-02034-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING MOTION BY DEFENDANT P. HAINES, ELY, M.D. TO DISMISS PLAINTIFF'S COMPLAINT<br><br>(ECF Nos. 21, 31) |

Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action. On October 22, 2013, the Magistrate Judge issued Findings and Recommendations that Defendant Ely's motion to dismiss be denied. The findings and recommendations were served on the parties and contained notice that any objections must be filed within fourteen days after service of the order. (ECF No. 31.) The deadline to file any objections has passed and no objections have been filed by any party.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, issued on October 22, 2013, are adopted in full; and
2. Defendant Ely's motion to dismiss, filed on June 24, 2013, is DENIED.

IT IS SO ORDERED.

Dated:   **November 12, 2013**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE