# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN, | Case No. 1:12-cv-02034-LJO-BAM PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR RULE 25(d) SUBSTITUTION OF PARTIES |
| v. | |
| J. MOON, M.D., et al., | (ECF No. 19) |
| Defendants. | |

Plaintiff Matthew James Griffin, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 in Kings County Superior Court on October 19, 2012. The action was removed to this Court on December 14, 2012. On April 8, 2013, Plaintiff filed the instant motion for Rule 25(d) substitution of parties. Plaintiff asks to substitute Dr. O. Beregovskays as the successor in office to Defendant Wang as the Chief Medical Officer of the California State Prison at Corcoran and asks to add Dr. O. Beregovskays to the docket in this action. (ECF No. 19.)

On March 13, 2014, the Court dismissed the First Amended Complaint and granted Plaintiff leave to amend to his complaint. Plaintiff's request for substitution is moot. There is no longer an operative complaint in this action. Plaintiff now has the opportunity to amend his claims. If appropriate and necessary, Plaintiff may substitute Dr. O. Beregovskays in any amended complaint, and the complaint will be screened when filed and in due course.

///

Accordingly, Plaintiff's motion for Rule 25(d) substitution of parties, filed on April 8, 2013, is DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **March 14, 2014**           /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

2