# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MOON, M.D., et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:12-cv-02034-LJO-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PRESERVE EVIDENCE, SERVE COMPLAINT AND OPEN DISCOVERY<br><br>(ECF No. 20) |

    Plaintiff Matthew James Griffin, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 in Kings County Superior Court on October 19, 2012. The action was removed to this Court on December 14, 2012. On April 15, 2013, Plaintiff filed the instant motion to preserve evidence, serve the complaint and open discovery in this action. (ECF No. 20.)

    On March 13, 2014, the Court screened Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A. The Court dismissed the First Amended Complaint and granted Plaintiff leave to amend. (ECF No. 37.)

    As the Court has dismissed the complaint for failure to state a cognizable section 1983 claim, Plaintiff's requests for service of the complaint and for the opening of discovery are premature. There is no operative complaint to be served. Further, this action will not proceed to discovery until the Court has screened any operative complaint and has issued an order opening discovery.

1    Additionally, the Court will not issue any orders concerning the preservation of Plaintiff's
2 original medical records.  According to Plaintiff's moving papers, he complains that his medical
3 records will be scanned and the original paper copies will not be retained after scanning.
4 However, it appears to the Court that Plaintiff's records will be retained in an electronic format
5 and, thus, an order requiring preservation of evidence is not necessary.

6    For the reasons stated, Plaintiff's motion to preserve evidence, serve complaint and open
7 discovery is DENIED.

IT IS SO ORDERED.

Dated:   **March 14, 2014**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

2