UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>        Plaintiff,<br><br>    v.<br><br>J. MOON, et al.,<br><br>        Defendants. | Case No.: 1:12-cv-02034-LJO-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE AN AMENDED COMPLAINT<br>(ECF No. 49) |

Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action. On March 13, 2014, the Court dismissed Plaintiff's first amended complaint and granted him leave to amend within thirty days. Plaintiff filed his second amended complaint on May 8, 2014. On June 4, 2014, Plaintiff filed the instant motion requesting leave to file an amended complaint to correct two purported text omissions. (ECF No. 49.) The Court has not screened Plaintiff's second amended complaint, defendants have not been ordered to respond and the proposed amendment will not result in any undue delay or prejudice. Accordingly, Plaintiff's request for leave to file an amended complaint is GRANTED. Fed. R. Civ. P. 15(a)(2). Plaintiff's third amended complaint shall be filed within thirty (30) days following service of this order.

IT IS SO ORDERED.

Dated:   **June 5, 2014**                    /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE

1