# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>            Plaintiff,<br><br>    v.<br><br>J. MOON, M.D., et al.,<br><br>            Defendants. | Case No. 1:12-cv-02034-LJO-BAM PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND AS MOOT<br><br>(ECF No. 52) |

Plaintiff Matthew James Griffin, a prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 in Kings County Superior Court on October 19, 2012. The action was removed to this Court on December 14, 2012.

On June 16, 2014, Plaintiff filed his third amended complaint. (ECF No. 51.) On October 17, 2014, prior to screening of the third amended complaint, Plaintiff filed a motion to amend his complaint to seek punitive damages against a health care provider. (ECF No. 52.)

On May 7, 2015, the Court screened Plaintiff's third amended complaint and dismissed it with leave to amend. (ECF No. 60.) As Plaintiff has been granted leave to amend his complaint, his October 2014 request for leave to amend is no longer necessary. Accordingly, Plaintiff's motion to amend is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   **May 8, 2015**          /s/ *Barbara A. McAuliffe*
                                UNITED STATES MAGISTRATE JUDGE