# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MOON, M.D., et al.,<br><br>    Defendants. | Case No. 1:12-cv-02034-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM ORDERS UNDER RULE 60(b)(6) OR MOTION FOR RECONSIDERATION, AND MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT, AS MOOT<br><br>(ECF Nos. 62, 63) |

Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the Court are two motions by Plaintiff, the first seeking reconsideration of the Court's order dismissing his third amended complaint with leave to amend, (ECF No. 62), and the second seeking an extension of time to file a fourth amended complaint, (ECF No. 63). Subsequent to filing these motions, Plaintiff filed a fourth amended complaint, which supersedes his third amended complaint. (ECF No. 67.)

Accordingly, Plaintiff's motion for reconsideration (ECF No. 62) and motion for an extension of time to file an amended complaint (ECF No. 63) are HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:  **January 4, 2016**            /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28