# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. MOON, M.D., et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-02034-LJO-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S THIRD MOTION FOR AN EXTENSION OF TIME TO OBJECT TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 82) |

Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 28, 2016, the Court issued findings and recommendations recommending that this action be dismissed for failure to state a claim. (ECF No. 74.) Plaintiff moved for, and was previously granted, two 30-day extensions of time to file objections to the findings and recommendations. (ECF Nos. 77, 79.)

Plaintiff has now filed a third motion seeking a 14-day extension of time to file objections to the findings and recommendations. (ECF No. 82.) In support, Plaintiff notes that he has filed some objections to the findings and recommendations, which were entered in this action on May 5, 2016. (ECF No. 80.) However, Plaintiff explains that he ran out of writing paper, and has further objections to make. He seeks fourteen (14) days to obtain more paper and finish his objections.

///

1    Plaintiff has submitted a declaration in support, including documentation showing he has
2 requested more paper using the prison's pre-printed forms. (ECF No. 82, pp. 9-12.) The Court
3 finds Plaintiff is acting diligently in this matter, and there is good cause under these circumstances
4 to grant the requested extension of time. Fed. R. Civ. P. 16(b)(4).

5    Accordingly, Plaintiff's motion for a third extension of time to object to the findings and
6 recommendations, (ECF No. 82), is HEREBY GRANTED. Plaintiff shall file any objections to the
7 findings and recommendations within **fourteen (14) days** of service with this order.

IT IS SO ORDERED.

Dated:  **May 9, 2016**              /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE