# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. MOON, M.D., et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-02034-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STRIKE INSUFFICIENT AFFIRMATIVE DEFENSE<br><br>(ECF No. 90) |

_____/

Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On May 8, 2016, Plaintiff filed a motion to strike an affirmative defense he states was pleaded in Defendants' answers, under Federal Rule of Civil Procedure 12. (ECF No. 90.) Notably, Plaintiff filed this motion under the above case number, but using the caption, "<u>Matthew James Griffin, Plaintiff, vs. A. Johnson, et al., Defendants</u>." (<u>Id</u>. at 1.)

Plaintiff's motion is denied, as there have been no answers by Defendants in this case, and no affirmative defenses have been pleaded. Instead, the Court is awaiting Plaintiff's additional objections to the findings and recommendations issued on January 28, 2016, which are currently due on or before **May 26, 2016**. (ECF No. 85.)

///

///

As with a previous motion Plaintiff filed in this matter, it appears Plaintiff may have filed this motion in the incorrect matter, and if he seeks for it to be heard in the correct matter, it must be properly re-filed.[1] The Court once again cautions Plaintiff to take care in writing the captions on his filings, and to make sure he uses the correct case numbers. Improper filings may result in significant delays in the litigation, or possibly denial of relief.

Accordingly, Plaintiff's motion to strike an insufficient affirmative defense, (ECF No. 90), is HEREBY DENIED.

IT IS SO ORDERED.

Dated:  **May 16, 2016**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The Court takes judicial notice of the docket of the other case currently pending before it concerning Plaintiff and different defendants, Griffin v. Johnson, et al., Case No. 1:13-cv-01599-LJO-BAM. Fed. R. Evid. 201(b); see also United States v. Howard, 381 F.3d 873, 876 n.1 (9th Cir. 2004) (appropriate for district court to take judicial notice of court records in another case).