# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN, | Case No. 1:12-cv-02034-LJO-BAM (PC) |
| Plaintiff, | APPEAL NO. 16-16197 |
| v. | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL, WITHOUT PREJUDICE |
| J. MOON, M.D., et al., | |
| Defendants. | (ECF No. 101) |
| | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE **WITHIN THIRTY (30) DAYS** |

Plaintiff Matthew James Griffin ("Plaintiff"), a state prisoner proceeding pro se, filed this action in the Superior Court for the State of California, Kings County. Defendants removed the action to this United States District Court on December 14, 2012, and requested the complaint be screened under 28 U.S.C § 1915A for cognizable claims. (ECF No. 2.) Defendants paid the notice of removal fees.

On June 6, 2016, after Plaintiff had been granted multiple chances to amend his complaint, the District Judge dismissed Plaintiff's federal claims for failure to state a claim upon which relief may be granted. (ECF No. 96.) Plaintiff's state law claims were remanded to King County Superior Court. (Id.) Judgment was entered accordingly that same day. (ECF No. 97.) On June 30 2016, Plaintiff filed a notice of appeal. (ECF No. 98.) That appeal was processed to the Ninth Circuit Court of Appeals, and a bill for the appeal fee was sent to Plaintiff. (ECF No. 99.)

Currently before the Court is Plaintiff's motion seeking leave to proceed in forma pauperis on appeal, signed and dated July 14, 2016. (ECF No. 101.) Fed. R. App. P. 24(a)(1). Plaintiff's portion of the form was filled-out and signed. However, Plaintiff did not have an authorized officer of the institution fill out, sign, and date the Certificate portion of the form, as directed in the form's instructions. Plaintiff also failed to attach a certified copy of his trust account statement showing transactions for the past six (6) months. Plaintiff indicated the trust account statement would be provided at a later time. Plaintiff must submit a completed form if he wishes for his application to be considered.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to proceed in forma pauperis on appeal (ECF No. 101) is DENIED without prejudice;

2. The Clerk of the Court is directed to serve this order and a blank IFP application on Plaintiff. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $505.00 appeal docketing and filing fee to this District Court;

3. No extension of time will be granted without a showing of good cause;

4. The failure to comply with this order will result in dismissal of this action for failure to prosecute and failure to obey a court order;

5. A copy of this order shall be provided to the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated:  **July 21, 2016**         /s/ *Barbara A. McAuliffe*         
UNITED STATES MAGISTRATE JUDGE