# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN, | Case No. 1:12-cv-02034-LJO-BAM (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR SUBPOENA DUCES TECUM TO OBTAIN A MORE COMPLETE TRUST FUND ACCOUNT STATEMENT IF THE COURT REQUIRES IT |
| v. | |
| J. MOON, M.D., et al., | |
| Defendants. | (ECF No. 114) |

Plaintiff Matthew James Griffin ("Plaintiff") is a state prisoner proceeding pro se in this action, which has been remanded to state court. (ECF No. 96.) Previously in this case, Plaintiff filed a motion to proceed in forma pauperis ("IFP") on his appeal of that remand. (ECF No. 105.) He also filed a certified trust fund account statement in support of his IFP motion. (ECF No. 103.)

Currently before the Court is Plaintiff's motion for a subpoena duces tecum to obtain a more complete trust fund account statement if the court requires it. (ECF No. 114.) Plaintiff argues that Defendants have challenged the authenticity of his certified trust fund account statement, and therefore he seeks a document subpoena to the North Carolina Department of Public Safety if the Court requires more information than was provided in that statement.

By an order issued on September 23, 2016, the Court denied Plaintiff's motion to proceed IFP. (ECF No. 115.) The Court considered Plaintiff's certified trust fund account statement, and did not find Defendants' challenge to its authenticity to be meritorious. (Id. at 3.) Plaintiff's

1  motion to proceed IFP was denied on other grounds. No further information regarding Plaintiff's
2  inmate account is necessary, and thus the motion for a subpoena duces tecum will be denied.
3     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for subpoena duces tecum
4  to obtain a more complete trust fund account statement if the court requires it, (ECF No. 114), is
5  DENIED.

IT IS SO ORDERED.

   Dated:   **September 26, 2016**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE