# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW JAMES GRIFFIN,<br><br>    Plaintiff,<br><br>    v.<br><br>J. MOON, et al.,<br><br>    Defendants. | Case No. 1:12-cv-02034-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO TRANSMIT RECORD TO THE NINTH CIRCUIT COURT OF APPEALS<br><br>(ECF No. 134) |

On August 11, 2017, Plaintiff Pablo Holguin, a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action, filed a motion seeking transmittal of the record to the Ninth Circuit Court of Appeals. (ECF No. 134.)

Pursuant to the Ninth Circuit Rules, Plaintiff, as a pro se litigant, is not required to file an excerpt of the record. Circuit Rule 30-1.2. Further, to the extent Plaintiff is attempting to order a transcript, this request is unnecessary. Fed. R. App. P. 10(b)(1). No proceedings in this action were transcribed. Plaintiff's motion is therefore DENIED.[1]

IT IS SO ORDERED.

    Dated: **August 14, 2017**          /s/ Barbara A. McAuliffe
                                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is not prevented from requesting copies of the excerpts of the record pursuant to Ninth Circuit Rule 30-3.

1