# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MATTHEW JAMES GRIFFIN, | Case No. 1:12-cv-02034-LJO-BAM (PC) |
|---|---|
| Plaintiff, | ORDER ACKNOWLEDGING STIPULATION OF DISMISSAL |
| v. | (ECF No. 138) |
| J. MOON, et al, | |
| Defendants. | |

Plaintiff Matthew James Griffin ("Plaintiff"), a state prisoner, proceeded pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 28, 2016, the undersigned issued findings and recommendations that Plaintiff's federal claims be dismissed, with prejudice, for failure to state a cognizable claim under section 1983, and that his state law claims be dismissed, without prejudice, for lack of jurisdiction. (ECF No. 74.) On June 6, 2016, after considering objections and related filings by Plaintiff, the assigned District Judge issued an order adopting in part the findings and recommendations, dismissing Plaintiff's federal claims with prejudice for failure to state a claim upon which relief may be granted, and remanding the remainder of this action to the Superior Court of California for the County of Kings. (ECF No. 96.) Judgment was entered accordingly the same day. (ECF No. 97.)

///

1

| | |
|---|---|
| 1 | On July 7, 2016, Plaintiff filed a notice of appeal. (ECF No. 98.) On December 13, 2017, the parties filed a stipulation for voluntary dismissal with prejudice in the pending appeal. Stipulation for Voluntary Dismissal with Prejudice, Griffin v. Moon, No. 16-16197, (9th Cir. Dec. 13, 2017), Dkt. No. 28. On December 14, 2017, the Ninth Circuit Court of Appeals granted the stipulation and dismissed the case pursuant to Federal Rule of Appellate Procedure 42(b). (ECF No. 139.)

Currently before the Court is a stipulation for voluntary dismissal with prejudice, filed December 13, 2017, and signed by Plaintiff and counsel for all Defendants. (ECF No. 138.) As discussed above, the federal claims in this action were dismissed on June 6, 2016, and the remaining state claims were remanded to the Superior Court of California. (ECF No. 96.) This action was closed that same date. (ECF No. 97.) Furthermore, the Ninth Circuit has dismissed the pending appeal pursuant to the parties' stipulation of voluntary dismissal. (ECF No. 139.) Accordingly, the stipulation for voluntary dismissal of this action is unnecessary, and this action remains closed.

IT IS SO ORDERED.

Dated: **January 2, 2018**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE |